UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN MORRIS                                                                                           PLAINTIFF
ADC #150394

V.                              CASE NO. 4:23-cv-00303-JM-JTR

ARKANSAS DEPARTMENT
OF CORRECTION; and FAULKNER COUNTY                                         DEFENDANTS

**ORDER**

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1.  The Clerk is directed to add Sergeant Smith and Sergeant Bass as Defendants to this action.

2.  Morris is allowed to PROCEED with his failure-to protect claim against Sergeant Smith and excessive force claim against Sergeant Bass, in their individual capacities.

3.  Morris's official capacity and equal protection claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim on which relief may be granted.

4.  The Arkansas Department of Correction and Faulkner County are TERMINATED as parties to this action.

IT IS SO ORDERED this 28th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE