IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN MORRIS                                                                                          PLAINTIFF
ADC #150394

V.                          Case No. 4:23-CV-00303-JM-BBM

ARKANSAS DEPARTMENT
OF CORRECTION, *et al.*                                                                                  DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal of Plaintiff's claim against Defendant Bass submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety. Because Bass was the last remaining Defendant in this action, judgment will enter accordingly.

IT IS THEREFORE ORDERED THAT:

1. Defendant Bass is dismissed without prejudice for lack of service.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 9th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE