IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN MORRIS                                                                               PLAINTIFF
ADC #150394

V.                              Case No. 4:23-CV-00303-JM-BBM

ARKANSAS DEPARTMENT
OF CORRECTION, *et al*.                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today and the Court's prior Orders (*Doc. 12, 24*), this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 9th day of December, 2024.

_____